**Kelvin A. CANADA, Plaintiff–Appellant,**

v.

**Tracey S. RAY, Warden, Defendant–Appellee.**

No. 11–6239.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

Kelvin A. Canada, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Ray*, No. 7:08–cv–00219, 2011 WL 565611 (W.D.Va. Feb. 9, 2011). We deny Canada's motions to appoint counsel, to amend the record, and for injunctive relief. We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*